**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SHEPARD,<br><br>  Plaintiff,<br><br>  v.<br><br>ALIASGHAR MOHYUDDIN, et al.,<br><br>  Defendants. | No. 2:20-CV-1445-KJM-JDP-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding with appointed counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to the undersigned to conduct a settlement conference.

Due to Plaintiff's unavailability, and following all parties' consultation with the Court, the Court ordered that settlement conference set for November 10, 2021 is continued to December 9, 2021, at 9:30 a.m., before the undersigned. The settlement conference shall be held by remote means with further details to be provided to the parties in advance of the continued conference.

/ / /

/ / /

/ / /

/ / /

1

If any party determines a different date is required, the party should contact the Court at least one week prior to the continued conference date to arrange for a further continuance.

IT IS SO ORDERED.

Dated:  November 15, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE