1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      MICHAEL SHEPARD,                              Case No.  2:20-cv-01445-KJM-JDP (PC)

12                      Plaintiff,                    ORDER GRANTING PLAINTIFF'S MOTION
                                                      FOR AN EXTENSION OF TIME
13            v.
                                                      ECF No. 39
14      ALIASGHAR MOHYUDDIN, *et al.*,

15                      Defendants.

16

17

18           Plaintiff has a filed a motion for an extension of time to file an opposition to defendants'

19      motion for summary judgment.  ECF No. 39.  Since defendants do not oppose the requested

20      extension, *see* ECF No. 40, the motion is granted.

21           Accordingly, it is hereby ORDERED that:

22           1.  Plaintiff's motion for an extension of time, ECF No. 39, is granted.

23           2.  Plaintiff must file an opposition or statement of non-opposition to defendants' motion

24      for summary judgment within ninety days of entry of this order.

25

26      IT IS SO ORDERED.

27

28      Dated:    November 28, 2022                   _____

1

2

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28