1 | Rob Bonta, State Bar No. 202668
Attorney General of California
2 | Joanna B. Hood, State Bar No. 264078
Supervising Deputy Attorney General
3 | Sean W. Lodholz, State Bar No. 299096
Deputy Attorney General
4 |   1300 I Street, Suite 125
  P.O. Box 944255
5 |   Sacramento, CA 94244-2550
  Telephone: (916) 210-7369
6 |   Fax: (916) 324-5205
  E-mail: Sean.Lodholz@doj.ca.gov
7 | *Attorneys for Defendants*
*Malakkla, Adams, and Mohyuddin*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL SHEPARD,** | 2:20-cv-01445-KJM-JDP (PC) |
| Plaintiff, | **[PROPOSED] ORDER AND STIPULATION EXTENDING OPPOSITION AND REPLY DEADLINES RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **KELSO, et al.,** | |
| Defendants. | Judge: The Honorable Kimberly J. Mueller<br>Trial Date: Not Set<br>Action Filed: July 17, 2020 |

Defendants filed their motion for summary judgment on August 19, 2022. (ECF No. 34.) The motion is proceeding under Eastern District Local Rule 230(*l*). (ECF No. 35.) Plaintiff's opposition is due February 27, 2023. (ECF No. 41.) And Defendants' reply is due within fourteen days of service of Plaintiff's opposition. *See* E.D. L.R. 230(*l*).

/ / /

/ / /

/ / /

The Parties have met and conferred and have agreed to a stipulation that extends the above deadlines, as follows:

Plaintiff's opposition to Defendants' motion for summary judgment, or a statement of non-opposition, is due on April 14, 2023.

Defendants' reply to Plaintiff's opposition to their motion for summary judgment is due May 29, 2023.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated:  February 22, 2023      LAW OFFICES OF AKUDINOBI & IKONTE

By:    */s/ Chijioke O. Ikonte* (as authorized on February 22, 2023)
CHIJIOKE O. IKONTE
*Attorneys for Plaintiff Michael Shepard*

Dated:  February 22, 2023      ROB BONTA
Attorney General of California
JOANNA B. HOOD
Supervising Deputy Attorney General

By:    */s/ Sean W. Lodholz*
SEAN W. LODHOLZ
Deputy Attorney General
*Attorneys for Defendants Malakkla, Adams, and Mohyuddin*

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:    February 26, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE