UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHEPARD, | Case No. 2:20-cv-01445-KJM-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| KELSO, *et al.*, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. ECF No. 69.

Accordingly, it is hereby ORDERED that defendants notify this court, within seven days, whether they have any objection to the dismissal of this action. *See* Fed. R. Civ. P. 41(a)(1)(ii).

IT IS SO ORDERED.

Dated: May 29, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1